**The below described is SIGNED.**

(ts)

**Dated: October 18, 2012**  _____
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Chief Judge**

_____

Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for Nationstar Mortgage, LLC
L&A Case No. 12-28592

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 12-29084 WTT |
| Daniel Wesley Zambrano and Carolyn Jean Zambrano, | (a Chapter 7 case) |
| | Filed Electronically |
| Debtors. | *Hearing October 29, 2012 @ 11:00 a.m.* |

ORDER TERMINATING THE AUTOMATIC STAY

Nationstar Mortgage, LLC ("Creditor") filed a Motion for Termination of the Automatic Stay. There being no objection to the motion, and good cause appearing therefore, it is hereby ORDERED, adjudged and decreed that the automatic stay in this case is terminated as to the real

property of the debtors located at 5962 Kingsford Avenue, Park City, in Summit County, Utah, more particularly described as:

> All of Lot 216, SILVER SUMMIT SUBDIVISION, PHASE I, according to the official plat thereof on file and of record in the Summit County Recorder's Office.
>
> Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

It is further ORDERED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the above-described property; and,

It is further ORDERED that Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. Creditor may contact the Debtors via telephone or written correspondence to offer such an agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

―――――――――――――――――――― End of Document ――――――――――――――――――――

CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

I certify that on _____ I sent a copy of the foregoing Order electronically or by first class mail to each of the following:

        Mark S. Middlemas
        Lundberg & Associates
        ECF
            Attorneys for Creditor

        W. Sean Mawhinney
        MAWFIRM, PC
        ECF
            Attorney for Debtors

        Mary M. Hunt
        ECF
            Chapter 7 Trustee

        Daniel Wesley Zambrano
        Carolyn Jean Zambrano
        5962 Kingsford Avenue
        Park City, UT 84098
            Debtors

        _____
        United States Bankruptcy Clerk