## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: ZAMBRANO, DANIEL WESLEY § Case No. 12-29084
      ZAMBRANO, CAROLYN JEAN § 
       §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peggy Hunt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $450,770.00          Assets Exempt: $47,645.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,146.12          Claims Discharged
                                                                                    Without Payment: $39,072.45

Total Expenses of Administration: $471.91

---

    3) Total gross receipts of $ 1,618.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,618.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $381.64 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 471.91 | 471.91 | 471.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 40,218.57 | 40,218.57 | 1,146.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $41,072.12 | $40,690.48 | $1,618.03 |

4) This case was originally filed under Chapter 7 on July 16, 2012. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2014        By: /s/Peggy Hunt
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account: Zions Bank | 1129-000 | 85.96 |
| 2012 Tax Refunds | 1224-000 | 1,532.07 |
| **TOTAL GROSS RECEIPTS** | | **$1,618.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Sagebrook HOA | 4110-000 | N/A | 381.64 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$381.64** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peggy Hunt | 2100-000 | N/A | 404.51 | 404.51 | 404.51 |
| Peggy Hunt | 2200-000 | N/A | 17.40 | 17.40 | 17.40 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $471.91 | $471.91 | $471.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 7100-000 | N/A | 10,140.04 | 10,140.04 | 288.97 |
| 2 | Asset Acceptance LLC | 7100-000 | N/A | 13,495.84 | 13,495.84 | 384.59 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 16,582.69 | 16,582.69 | 472.56 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $40,218.57 | $40,218.57 | $1,146.12 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-29084  
**Case Name:** ZAMBRANO, DANIEL WESLEY  
ZAMBRANO, CAROLYN JEAN  
**Period Ending:** 01/28/14

**Trustee:** (640180) Peggy Hunt  
**Filed (f) or Converted (c):** 07/16/12 (f)  
**§341(a) Meeting Date:** 08/22/12  
**Claims Bar Date:** 05/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Primary Residence: 5962 Kingsford Ave., Park Cit | 443,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Zions Bank | 0.00 | 5.00 | | 85.96 | FA |
| 3 | Living room furniture $240, television $110, ste | 1,460.00 | 0.00 | | 0.00 | FA |
| 4 | CDs $15, DVDs $50, VHS tapes $60, books $60 | 185.00 | 125.00 | | 0.00 | FA |
| 5 | Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings | 525.00 | 0.00 | | 0.00 | FA |
| 7 | 2006 SAAB 9.6 | 5,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2012 Tax Refunds (u) | 0.00 | 5.00 | | 1,532.07 | FA |
| 8 | **Assets Totals** (Excluding unknown values) | **$450,770.00** | **$135.00** | | **$1,618.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

8/22/12 - MD - Potential assets: Hold open for 2012 tax refund ($4179); bank balance ($85.96)  
08/28/12 - MD - Received bank statements - $85.96 on PD  
01/07/13 - MD - Prepared tax refund turnover letter to IRS  
02/28/13 - MD - 2012 tax returns: $2,502 (F). $330 (S)  
02/28/13 - MD - Tax refund calculations: $1,532.07 (T), $129.93 (D)  
02/28/13 - MD - Sent turnover tax refunds and bank balance letter to counsel and debtors  
02/28/13 - MD - Filed request for creditors to file claims  
03/27/13 - MD - Receive, post and deposit $1,618.03 for tax refunds and bank balance turnover  
03/27/13 - MD - Case fully administered (bar date 5/31/13)  
08/02/13 - MD - Claims review - OK  
08/02/13 - MD - Prepared TFA and TFR - to PMH  
08/02/13 - MD - Sent TFR to UST  
08/08/13 - MD - Filed NFR - obj. deadline 8/29/13  
09/04/13 - MD - Filed proposed order  
09/10/13 - MD - Distribution

**Initial Projected Date Of Final Report (TFR):** August 22, 2012   **Current Projected Date Of Final Report (TFR):** August 2, 2013 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-29084  
**Case Name:** ZAMBRANO, DANIEL WESLEY  
ZAMBRANO, CAROLYN JEAN  
**Taxpayer ID #:** **-***3157  
**Period Ending:** 01/28/14  

**Trustee:** Peggy Hunt (640180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****742266 - Checking Account  
**Blanket Bond:** $84,132,847.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/13 | | Debtor | Tax refunds and bank balance~ | | 1,618.03 | | 1,618.03 |
| | {2} | | 85.96 | 1129-000 | | | 1,618.03 |
| | {8} | | 1,532.07 | 1224-000 | | | 1,618.03 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,608.03 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,598.03 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,588.03 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,578.03 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,568.03 |
| 09/10/13 | 101 | Cavalry Portfolio Services | Dividend paid 2.84% on $10,140.04; Claim# 1; Filed: $10,140.04; Reference: | 7100-000 | | 288.97 | 1,279.06 |
| 09/10/13 | 102 | Asset Acceptance LLC | Dividend paid 2.84% on $13,495.84; Claim# 2; Filed: $13,495.84; Reference: | 7100-000 | | 384.59 | 894.47 |
| 09/10/13 | 103 | American Express Centurion Bank | Dividend paid 2.84% on $16,582.69; Claim# 4; Filed: $16,582.69; Reference: | 7100-000 | | 472.56 | 421.91 |
| 09/10/13 | 104 | Peggy Hunt | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 421.91 | 0.00 |
| | | | Dividend paid 100.00% on $404.51;  Claim# ; Filed: $404.51    404.51 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $17.40;  Claim# ; Filed: $17.40    17.40 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 1,618.03 | 1,618.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,618.03 | 1,618.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,618.03** | **$1,618.03** | |

{} Asset reference(s)

Printed: 01/28/2014 09:28 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-29084 | | Trustee: | Peggy Hunt (640180) |
|---|---|---|---|---|
| Case Name: | ZAMBRANO, DANIEL WESLEY | | Bank Name: | Rabobank, N.A. |
| | ZAMBRANO, CAROLYN JEAN | | Account: | ****742266 - Checking Account |
| Taxpayer ID #: | **-***3157 | | Blanket Bond: | $84,132,847.00 (per case limit) |
| Period Ending: | 01/28/14 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,618.03

Net Estate : $1,618.03

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ****742266 | 1,618.03 | 1,618.03 | 0.00 |
| | $1,618.03 | $1,618.03 | $0.00 |

{} Asset reference(s)

Printed: 01/28/2014 09:28 AM V.13.13